UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

In Re:  James & Angela Lempke                                Case No. 13-11053

      Debtors                                                      Hon. Judge Janet S. Baer

**TRUSTEE'S REPLY TO REAL TIME RESOLUTIONS INC.'S RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE UNDER RULE 3002.1 (f)**

      Glenn Stearns, Chapter 13 Standing Trustee, paid the pre-petition mortgage arrears in the amount of $1500.00 pursuant to the confirmed plan.  The creditor never objected to confirmation of the plan. The mortgage company filed a proof of claim with a higher pre-petition arrears amount but section E5 of the confirmed plan was never amended to pay this higher claim amount.  Therefore, the trustee paid the mortgage arrears correctly as the confirmed plan controls in the Northern District of Illinois, Eastern Division for cases filed before December 1, 2017.

Date:  3/13/13                                                              /S/  Pamela L. Peterson

                                                                                For:  Glenn Stearns, Chapter 13 Standing Trustee